**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Tammy W. Johnson,

Plaintiff,

vs.

Aviv Health Care, Inc.,
d/b/a Queen Care Center, and
d/b/a Bryn Mawr Health Care Center,
a Minnesota company

Defendant.

Civil No. 00-1466 ADM/SRN

**STIPULATION FOR DISMISSAL**

---

The above-entitled matter, having been fully, finally and completely compromised and settled between the parties;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective attorneys of record, that the above-entitled action may be and is hereby dismissed with prejudice and on the merits, and without costs and disbursements to any party, and that the Court, without further notice to any party, may enter its Order directing the judgment of dismissal with prejudice be entered accordingly.

| **JOHN A. KLASSEN, P.A.** | **ORBOVICH & GARTNER CHARTERED** |
|---|---|
| By: *[signature]*<br>John A. Klassen, #24434X<br>700 Lumber Exchange<br>10 South Fifth Street<br>Minneapolis, MN 55402<br><br>(612) 204-4533<br>Attorney for Plaintiff | By: *[signature]*<br>Samuel D. Orbovich, #137017<br>Thomas L. Skorczeski, # 178305<br>408 St. Peter Street, Suite 417<br>St. Paul, Minnesota 55102<br><br>(651) 224-5074<br>Attorneys for Defendant |
| Dated: 1/22/01 | Dated: [illegible] |

FILED JAN 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JAN 2 8 2001
DEPUTY CLERK

**ORDER FOR JUDGMENT**

Pursuant to the foregoing Stipulation for Dismissal,

**IT IS HEREBY ORDERED:**

That judgment be entered dismissing all claims against Defendant with prejudice, on the merits, and without costs or disbursements to any party.

Let judgment be entered accordingly.

By the Court

Dated: January 26, 2001

The Honorable Ann D. Montgomery
Judge of the District Court

I hereby certify that the foregoing Order constitutes the Judgment and Decree of the Court.

Dated this ____ day of _________, 2001.

Court Administrator